# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BOBBY MOODY, Jr**                                                                                   **PLAINTIFF**

**V.**                            **CASE NO.: 3:12CV00234 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Plaintiff Bobby Moody's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 26th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE